SANDRA R. HEARST, Respondent, v. GEORGE R. HEARST, Appellant.— Order unanimously modified by fixing temporary alimony at the rate of $500 per month and counsel fee at $7,500. In the circumstances of this case, we think the allowances for temporary alimony and counsel fee were excessive. Settle order on notice. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See *post*, p. 936.]

In the Matter of the Arbitration between JACK APPEL, Doing Business as APPEL CONTRACTING COMPANY, Respondent, and HELEN GOSNIEVSKI, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ. [Order confirmed arbitration award in favor of respondent.]

MURRAY L. JACOBS, Respondent, v. MICHAEL TUCH FOUNDATION, INC., Appellant.— Order, so far as appealed from, unanimously modified so as to deny the motion to strike out the second defense. We think the allegations of the second defense sufficient and, as so modified, affirmed. Settle order on notice. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See *post*, p. 936.]

HYMAN GORIN, Respondent-Appellant, v. BENJAMIN FISHER et al., Appellants-Respondents, and CHARLES FALLETTA et al., Trading under the Name of C. & J. FALLETTA FIRESTONE DEALERS, et al., Respondents.— Judgment unanimously affirmed, with costs to the defendants-respondents against the plaintiff. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

CHURCH OF ST. TERESA, Appellant, v. HEBREW NATIONAL KOSHER SAUSAGE Co., INC., et al., Respondents.— Orders unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

JAMES PUPA, JR., Respondent, v. AQUARIUM RESTAURANT, INC., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant, unless the plaintiff stipulates to reduce the verdict to the sum of $12,500, in which event, the judgment, as so modified, is affirmed, without costs. On this record we think the amount awarded is excessive. Settle order on notice. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.